# UNITED STATES DISTRICT COURT
## District of Kansas

UNITED STATES OF AMERICA,

Plaintiff,

v.　　　　　　　　　　　　　　CASE NO. 13-mj-453 -01,02,03- KGG

GARY H. KIDGELL,
YAN ZHANG, and
XIUQING TIAN,

Defendants.

# COMPLAINT

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

Beginning in June 2009 and continuing to August 2011, in the District of Kansas,

**GARY H. KIDGELL, YAN ZHANG, and XIUQING TIAN,**

the defendants, conspired to knowingly benefit, financially or by receiving anything of value, from participation in the venture which involved the recruitment, enticement, harboring, obtaining, and maintaining of individuals, knowing or in reckless disregard of the fact that force,

threats or force, fraud, or coercion, or any combination thereof, would be used to cause those individuals to engage in commercial sex acts, in violation of 18 U.S.C. § 1591 and 1594.

## COUNT 2

From around January 1, 2011, and continuing until January 27, 2011, in the District of Kansas and elsewhere,

**GARY H. KIDGELL and XIUQING TIAN,**

the defendants, conspired to knowingly recruit, entice, harbor, obtain and maintain individuals, specifically H.W., knowing or in reckless disregard of the fact that force, threats or force, fraud, or coercion, or any combination thereof, would be used to cause H.W. to engage in a commercial sex act, in violation of 18 U.S.C. § 1591 and 1594.

## COUNT 3

On or about January 13, 2011, in the District of Kansas and elsewhere,

**GARY H. KIDGELL and XIUQING TIAN,**

the defendants conspired to knowingly transport H.W. in interstate commerce with the intent that H.W. engage in prostitution, in violation of 18 U.S.C. §§ 2421 and 371.

## COUNT 4

On or about September 8, 2010, in the District of Kansas,

**YAN ZHANG,**

the defendant, knowingly recruited, enticed, harbored, obtained, and maintained individuals, specifically W.H., knowing or in reckless disregard of the fact that force, threats or force, fraud,

or coercion, or any combination thereof, would be used to cause W.H. to engage in a commercial sex act, in violation of 18 U.S.C. § 1591.

## COUNT 5

On or about September 8, 2010, in the District of Kansas,

**YAN ZHANG,**

the defendant, knowingly recruited, enticed, harbored, obtained, and maintained individuals, specifically G.S., knowing or in reckless disregard of the fact that force, threats or force, fraud, or coercion, or any combination thereof, would be used to cause G.S. to engage in a commercial sex act, in violation of 18 U.S.C. § 1591.

## COUNT 6

On or about September 8, 2010, in the District of Kansas,

**YAN ZHANG,**

the defendant, knowingly recruited, enticed, harbored, obtained, and maintained individuals, specifically G.T., knowing or in reckless disregard of the fact that force, threats or force, fraud, or coercion, or any combination thereof, would be used to cause G.T. to engage in a commercial sex act, in violation of 18 U.S.C. § 1591.

I further state that I am a Sergeant with the Wichita Police Department and that this Complaint is based upon the following facts:

**See attached affidavit which is incorporated herein by reference.**

Continued on the attached sheet and made a part hereof:

__X__ Yes _____ No

_____
Sgt. D.G. Oblinger  2110
Wichita Police Department
Wichita, KS

Subscribed and sworn to before me this 24th day of July, 2013, in Wichita, Kansas.

_____
Honorable Kenneth G. Gale
U.S. Magistrate Judge
District of Kansas

# AFFIDAVIT

Affiant, Sgt. D.G. Oblinger #2110, of lawful age, being duly sworn on oath, state:

Affiant is currently employed as a Sergeant with the Wichita Police Department, in Wichita, Kansas. Affiant has been employed with WPD for approximately 10 years. Affiant was previously assigned as a Detective with the Wichita Police Department Vice Section, and in that capacity initiated the investigation of this case.

This affidavit is made in support of probable cause for the arrest of **Gary H. Kidgell**, **Yan Zhang**, and **Xiuqing Tian**, for violations of:

**18 U.S.C. §§ 1591 and 1594 – Conspiracy to commit Sex Trafficking**

**18 U.S.C. §§ 371 and 1952 – Conspiracy to commit Interstate Transportation in Aid of Racketeering**

and of Gary Kidgell and Xiuqing Tian, for violations of:

**18 U.S.C. §§ 371 and 1343 – Conspiracy to commit Wire Fraud**

**18 U.S.C. §§ 371 and 2421 – Conspiracy to commit Transportation**

Based upon his own investigation and after reviewing the reports of his colleagues, Affiant knows the following:

1. **Background**

As part of regular intelligence gathering, Wichita Police Department (WPD) Vice Detectives had been monitoring activity on an internet web site related to sexual services in Wichita. The web site provided a forum where patrons of sexually-oriented businesses could post descriptions of their experiences, and specifically what sexual acts were available at what cost.

Vice Detectives were able to review patron posts on the following dates: 4/9/2010, 4/14/2010, 4/16/2010, 4/18/2010, and 6/11/2010. These posts indicated that individuals received sexual acts in exchange for money at either AG Spa located at 2260 North Ridge Road Suite #150 or Sun Chi Spa located at 1030 E. 1st. The patrons exchanged information on open forums regarding pricing and available sexual acts and also posted that the same girls seem to move between these two establishments.

### Citizen Complaints

In June of 2010, the WPD Vice Section received a complaint from a citizen of females being dropped off early in the morning at AG Spa at 2260 N. Ridge Road #150 in Wichita, Kansas. This complainant also reported a prior disturbance at the business involving a group of Asian males and females, and one white male. The complainant stated the police had been on scene at this disturbance.

Affiant found a prior report from May 20, 2010. On that date, at approximately 1900 hours, WPD Officer Adam Vandermolen #2230 responded to a disturbance at AG Spa and identified six persons present during a fight. Two of the individuals were identified as: Gary Kidgell W/M, the owner of AG Spa, and Xiuqing Tian A/F, an employee. Other individuals present included Yan Zhang, A/F of 409 N Pennsylvania, Wichita, KS, Guijie Tang A/F of San Francisco, CA, Xiaoye Ren A/M of San Diego, CA, and Xiaolei Zhang A/M of Troy, AL.

On July 20, 2010, Gary L. Tracy, the maintenance manager for the strip mall at 6249 E. 21st St. N. walked into the WPD Vice Section's offices. Tracy stated that a white male who identified himself as "Gary Kidgell" had opened a new massage parlor, "Phoenix Spa" in his property in Suite 122. On July 16, 2010, Kidgell called Tracy's cell phone from Phoenix Spa's

business line and left two voice-mail messages. The first was a request for maintenance on a urinal at the Spa. The second was apparently an inadvertent dial to Tracy's phone that recorded a conversation between Kidgell and an unidentified Asian female. During this five minute conversation, Kidgell explained to the female his concern that other females may not be providing him with accurate information regarding customers at his Spas. He detailed that he takes $35 per customer, and the females get the rest. He explained also that he closely tracks the frequency of patrons in order to adjust his marketing of the establishments. He emphasized that he is paying the bills for the Spa, including "lights and rent". WPD Detective Oblinger confirmed that Gary Kidgell is the account holder through Westar Energy for utilities at this business.

### Additional Background from Surveillance and Records Checks

Surveillance, open source research, and a financial inquest through the 18th Judicial District of Kansas revealed that certain individuals, including Gary Kidgell and Yan Zhang and Xiuqing Tian and other individuals, were involved in an association which worked together and shared resources in order operate a total of nine massage parlors in Wichita, including AG Spa, Sun Chi Spa, Dragon Spa, Eastern Massage, Oriental Massage, Phoenix Spa, Sunflower Massage, Massage 600, and Ocean Spa.

During the investigation described below, it was determined that Gary Kidgell and Yan Zhang were married. The marital relationship appears to have become estranged at some point prior to surveillance beginning in June of 2010, but the business relationship appears to have continued. Gary Kidgell remains involved in Yan Zhang's affairs, recently appearing in Wichita in response to Yan Zhang's recent arrest in Wichita on Thursday, July 18, 2013, for prostitution.

According to lease records related to Sun Chi spa, Gary Kidgell and Yan Zhang opened Sun Chi Spa in 2009. Records from the Kansas Secretary of State show the partnership dissolved on

November 16, 2010. The lease and operation of Sun Chi Spa was assumed by Gary Kidgell working with Xiuqing Tian. In March of 2011, the landlord of Sun Chi Spa informed WPD Detective Oblinger that Yan Zhang had assumed Sun Chi Spa's lease again. Records related to advertising (referenced below) for Sun Chi spa show that Gary Kidgell was involved in the advertising for Sun Chi spa throughout its existence and until at least August 4, 2011.

Gary Kidgell and Yan Zhang opened AG Spa around the beginning of 2010. An insurance policy for AG Spa bears an effective date of January 8, 2010, and shows Gary Kidgell and Yan Zhang as the owner/operators.

By June 2010, Yan Zhang had opened Dragon Spa. This spa was identified through surveillance activities.

By August of 2010, Gary Kidgell opened Phoenix Spa. The insurance policy referenced above, which included Yan Zhang, was amended to include Phoenix Spa.

2.  **Investigation**

### Surveillance

From June 2010 to August of 2010, WPD Detectives Oblinger #2110 and Easter #1863 conducted surveillance on Sun Chi Spa, AG Spa, and Dragon Spa, along with several other spas listed above. During surveillance, it was noticed that the employees were uniformly Asian females, and that the customers were uniformly male.

Related specifically to AG Spa, Detectives Oblinger and Easter debriefed two patrons, both of which described the Asian female workers offering sex acts in exchange for money, and then completing the acts. These males were positively identified but not charged. Specifically, on July 8, 2010, C.Z. admitted to Easter that he had paid $40 for manual stimulation of his sexual organ. He described the female employees as "aggressive" in propositioning for these sexual

acts in exchange for cash. On July 17, 2010, D.W. admitted to receiving manual stimulation of his sexual organ for $50.

Related specifically to Sun Chi Spa, Detectives Oblinger and Easter debriefed a patron who described the Asian female workers offering sex acts in exchange for money, and then completing the acts. Specifically, on July 23, 2010, B.E. admitted to Easter that he had paid $42 for manual stimulation of his sexual organ.

Related specifically to Dragon Spa, Detectives Oblinger and Easter debriefed a patron who described the Asian female workers offering sex acts in exchange for money. Specifically, on July 1, 2010, J.Q. said the Asian female grabbed his penis and offered to perform a manual stimulation of his sexual organ in exchange $20. He said he declined. Also, on July 1, 2010, G.N. admitted to Oblinger that the Asian female offered to engage in sexual intercourse for $100. He admitted she performed manual stimulation of his sexual organ, but he was unable to achieve orgasm, and he only paid her $5.

### Undercover Investigation

On September 8, 2010, WPD Detective Kevin Cash entered AG Spa in an undercover capacity. The spa employee, later identified as Xiuqing Tian, offered to perform a sexual act, manual stimulation of his sex organ. He had already paid $45.00 for the massage and Tian told him this sex act was an additional $20. She also indicated by pantomime that fellatio was available for an addition cost. Detective Cash declined the offer and left.

On September 8, 2010, Agent Jay Ferreira of US Homeland Security Investigations entered Phoenix Spa in an undercover capacity. He received a massage from spa employee identified herein as L.G.. She identified the owners as being a Chinese woman and "crazy"

American who was her boyfriend who also ran a spa at 21st and Ridge. (AG Spa is located at 21st and Ridge.) L.G. claimed to be from California and had just arrived in Wichita 4-5 days prior. L.G. said she would perform manual stimulation of the Agent's sex organ for $40 more than what he paid for the massage. She said other girls would perform fellatio when she was asked about its availability. Agent Ferreria declined the sexual favor and left.

On September 8, 2010, WPD Detective Chris Barratti entered Sun Chi Spa in an undercover capacity. The spa employee identified herein as G.S., offered to perform a sexual act, manual stimulation of his sex organ, for $30. Detective Barratti declined the offer. G.S. was subsequently arrested and interviewed.

On September 8, 2010, WPD Detective Kevin Cash entered Dragon Spa in an undercover capacity. The spa employee identified herein as G.T., offered to perform a sexual act, sexual intercourse, for $100. Detective Cash declined the offer. G.T. was subsequently arrested and interviewed.

## Search Warrants

On September 8, 2010, law enforcement officers served simultaneous search warrants at AG Spa, Sun Chi Spa, Dragon Spa, Phoenix Spa, Eastern Massage, Oriental Massage, Sunflower Massage, and Massage 600, all of which are Asian massage parlors in the Wichita area. Additionally, a search warrant was served at 409 N. Pennsylvania, which is the residence of Yan Zhang,

At the time of the search warrant execution for AG Spa, Xiuqing Tian was found inside AG Spa and arrested. Detective Cash identified her as the employee who propositioned him.

At the time of the search warrant execution for Phoenix Spa, L.G. was found inside and arrested. Agent Ferreira identified her as the employee who had propositioned him.

At the time of the search warrant execution for Sun Chi Spa, G.S. and another employee identified herein as W.H. were found inside Sun Chi Spa. Detective Barrati identified G.S. as the employee who propositioned him, and she was arrested.

At the time of the search warrant execution for Dragon Spa, G.T. was found inside and arrested. Detective Cash identified her as the employee who had propositioned him.

During the search of the massage parlors, officers found a notebook that contained a handwritten Chinese-English translation dictionary for phrases commonly used in a massage spa, but also included sexually explicit phrases such as "did you bring condom" and "happy ending". Though the notebook was seized from Massage 600, the notebook specifically referenced the addresses for AG Spa, Sun Chi Spa, and Gary Kidgell. Yan Zhang was connected to all of these addresses, either by business or personal association.

Documents seized from AG Spa included the contact information for the World Journal Chinese newspaper, in New York, Chicago, and San Francisco, along with a written copy in Chinese for an ad offering "massage parlor hiring" in Kansas. Officers also found a hand written questionnaire for interviewing women by phone for this job opportunity. Ledgers were found documenting demographics of prospective employees, including age, experience, language skill, and country of origin.

There were documents seized from Sun Chi Spa including a receipt to Yan Zhang at 1030 E. 1st from Dainty Beauty USA and with a billing address to Yan Zhang at 37 Acton Street in San Francisco, CA, with an e-mail address of gkidgell@sbcglobal.net using a Visa card ending in 2346. There was also a receipt for an ad taken out in The Prospector magazine for Dragon Spa

and Sun Chi Spa. Additionally, there was a printed itinerary for the flight and arrival of G.S. and W.H., with departure from New York La Guardia with arrival in Wichita, KS on August 27, 2010 (roughly a week and a half prior to the search warrant execution).

## Interview of Xiuqing Tian

On September 8, 2010, Detective Oblinger and Special Agent Ferreira interviewed Xiuqing Tian. She had been arrested for prostitution from AG Spa. She agreed to speak after waiving her rights pursuant to the Miranda decision. She admitted to working in both AG Spa and Phoenix Spa as a manager for the owner, Gary Kidgell. She admitted to performing sexual acts for money. She claimed she came from California to Wichita because she knows Gary Kidgell and Yan Zhang personally. She identified Yan Zhang as the owner of Sun Chi Spa, and that Tian had previously worked there as a manager, too. She claimed Gary Kidgell placed advertisements in the World Journal newspaper in California, and with an employment agency in Los Angeles to find employees. The women would call him, agree to employment, and then fly to Wichita. She claimed numerous other women had come to Wichita in this manner, worked in the spas, and then left after disliking their working conditions. She also described working long hours doing intensive manual labor as a masseuse. She stated, "my heart is a heavy burden". She claimed she was motivated to commit the acts of prostitution because she was "crazy for the money". She initially stayed at 228 N. Spruce (Gary Kidgell's home address at the time) with two other girls, and they were made to pay $10 each day to stay there (approximately $300 per month, per person, for 3 persons, would equate to $900 per month – the rental agreement for Gary Kidgell at 228 N. Spruce was found in AG Spa, and showed the rent for the small bungalow was only $525 a month, meaning Kidgell was making nearly $400 profit off the

women in rent alone). Tian described the fee structure for the spa, such that out of a $45 fee for a half-hour massage she got $10 and the Spa got $35. She then could keep whatever else was tipped. Gary Kidgell transported her in his SUV to and from the spas.

## Interview of W.H.

On September 8, 2010, Detective Easter interviewed W.H. She was not in custody but had spoken with an interpreter and was willing to talk. HSI Agent Carl Hummell set up the speaker phone conference with the interpreter again and Detective Easter spoke with W.H.. She stated she had been in Wichita for ten days and worked at Sun Chi Spa. W.H. said she barely knows "CC" and didn't know her prior to coming to Wichita Wenjie said she met "CC" through G.S. W.H. said she was here because G.S. and "CC" told her she could make $4,000.00 to $5,000.00 a month to work as a masseuse here. W.H. said she flew here with G.S. and when she got here learned she would live in the massage parlor. W.H. did say she knew "CC"'s name to be Yan Zhang. W.H. said that "CC" had left for China a week before September 8, 2010. W.H. said "CC" told her before she left that W.H. should never leave the business, meaning the massage parlor. W.H. was asked if she was threatened, but W.H. only said "CC" told her not to leave the store. She said "CC" told her that the area around the store was very dangerous and that she should just stay inside. She said she was not completely forced to stay inside but she was too scared to leave the store. She said she just came from New York and she didn't know her way around. W.H. said she felt that she was tricked to come here by "CC". W.H. also stated that "CC" had told her that she needed to touch the customers in a sexual manner to make money. W.H. said "CC" holds most of the salary but couldn't elaborate on what exactly that meant. W.H. said she might have about $280.00 she tried to keep back from her work and that she only

made the tips that were given by customers. She said she wanted to try to go back to New York but didn't know how it would happen.

### Interview of Gary Kidgell

On October 1, 2010 at 1715 hours, Gary Kidgell called Detective Oblinger on his office phone and initiated a conversation about this open investigation. He said his wife is Yan Zhang. She was from Guanjo, China. He married her in California. At the time he had a successful construction consulting business, until the California building market collapsed. He went into debt and eventually lost his businesses. Kidgell said his wife Yan Zhang had been in Wichita in 2007 to work for JJ Spa on East Central Avenue. She went by "Amy". He said she learned about the massage business and Wichita's lack of massage parlor regulations. He told me he drove to Wichita with his wife after his business collapsed. Kidgell and Yan Zhang opened Sun Chi Spa at 1030 E. 1st Street N. He told me he did place advertisements in the World Journal Chinese newspaper in New York and Los Angeles for women to work for their spa. He said the women would pay their own way to come to Wichita. He admitted that when he owned Sun Chi, and then later when he opened AG Spa, he knew there was trouble with girls wanting to offer "happy endings", but insisted he tried to discourage this and that it was impossible for him to control since the door would be closed during the massages and he did not know what the girls were doing.

### Interview of G.S.

On January 26, 2011, Detective Oblinger spoke to G.S. G.S. told Detective Oblinger she was contacted in Flushing, New York, by "Ci Ci", whom she identified as Yan Zhang. Ci Ci

told her to come to Wichita and cover her Spa for her while Ci Ci went on vacation to China for fifteen days. Ci Ci told her she could make money, and the amount was up to G.S. She asked her to get a younger friend to come with her. G.S. enlisted the help of W.H. G.S and W.H. flew to Wichita one way, paid their own $200.00 airfare, and stayed inside the Spa or at a nearby apartment, 409 N Pennsylvania. When asked why they would fly to another state on the advice of a stranger, she just said she was helping out Ci Ci.

Once in the shop, Ci Ci set G.S. up to run the business, told her that masseuses kept $20.00 for an hour, $10.00 for a half hour, plus tips. Each paid $10.00 a day to stay in the shop/apartment. Ci Ci said it was okay to do sex in the store with customers, if G.S. wanted to. G.S. said she only did masturbation (manual stimulation).

During her time there, G.S. and her friend W.H. realized that business was slower than they were led to believe. They called Ci Ci in China and complained. Ci Ci said to stay until she returned. G.S. was afraid to leave the store, so she waited and continued to work until the day she was arrested.

### Interview of G.T.

On January 26, 2011, Detective Oblinger and Detective Easter also spoke to G.T. G.T is Yan Zhang's sister-in-law. Yan called her to come to Wichita to help her run a store, later identified as Dragon Spa, located at 125 S. West St. #125 in Wichita, Kansas. She entered the United States on March 30, 2010 and came to Wichita in May 2010.

G.T. initially denied committing acts of prostitution. When confronted with the facts of the case, she then changed her story and began to cry. G.T. admitted to sexual acts in parlors. She said Ci Ci (Yan Zhang) told her to commit the acts to make more money.

## Additional Undercover Investigation

On January 27, 2011, WPD Detective Jason Cates entered AG Spa in an undercover capacity. The employee, identified herein as H.W., offered manual stimulation of his sex organ in exchange for $30 additional dollars. H.W. was arrested and later interviewed.

On January 27, 2011, WPD Detective Travis Easter entered Sun Chi Spa at 1030 E. 1st St. North in an undercover capacity. Xiuqing Tian was working, and she offered manual stimulation of his sex organ for money.

## Interview of H.W.

On January 27, 2011, Detective Oblinger interviewed H.W. after her arrest. During the course of the interview, Affiant learned that H.W. is Chinese National, and at that time had an expired Visa. She was afraid we would deport her. She had been in Wichita for approximately two weeks. Prior to that, she had been living in Flushing, New York. While in New York, she was contacted by an unknown Asian female named "Li Li" who resided in her apartment compound. Li Li was looking for work, as was H.W. Li Li told H.W. about a job opportunity as a masseuse in Wichita. Li Li purported the ad to have been published in a Chinese language newspaper in New York. H.W. called the number in the ad, and reached "the boss", whom she later identified as Gary Kidgell. Kidgell put a female on the phone. H.W. later identified the female as Xiuqing Tian. Tian enticed H.W. to come to Wichita by telling her business is good, she would make a lot of money, and that she had to come to Wichita to find out more. Tian required H.W. to provide her credit card so Tian could purchase her airfare. H.W. was told she would be reimbursed upon arrival.

H.W. flew to Wichita and was picked up at the airport by Gary Kidgell, Xiuqing Tian, and an unidentified Chinese female with the Americanized name "Casey". She was allowed to stay in Kidgell's home (which was 2011 N. Homestead, Wichita at that time) along with other employees of his spas, but had to pay $10 a day for room and board. She also had to pay a security deposit. Tian then told her they would only pay half of the airfare, and only if she worked for three weeks. She stated he had three spas: Phoenix, AG, and Sun Chi Spa.

H.W. claimed she had performed 15-20 massages in the time she worked for Kidgell. Earlier in the week, she was at the home with Kidgell and Tian when they began arguing. Kidgell grabbed Tian and they began to fight. Kidgell got Tian on the ground and was holding her down, hitting her, and pulling her hair. When H.W. intervened, she got between the two, and Kidgell struck her with an elbow in her side, in the course of striking Tian. H.W. was afraid. She got her cell phone and threatened to call 911. Both Kidgell and Tian took her phone and locked her in a room then continued to fight. After about a minute, H.W. realized the door was no longer locked, and was able to get out of the room. The fight ended.

H.W. was so afraid that she told them she was leaving immediately. Kidgell told her through Tian that she could not leave, or they would not reimburse her for anything and she would forfeit her deposit. They required five days notice. She said she knew she needed money to get home, so when Detective Cates came to AG Spa, she felt she had to perform a sexual act in return for a larger tip to escape her situation. For a half hour massage she only makes $10 plus tips. The "boss" keeps $35. She said she felt trapped and desperate.

The interview was interrupted by a phone call to Detective Oblinger from Gary Kidgell. Kidgell claimed he knew that H.W. was "no good" but claimed he was helpless to stop that behavior. He claimed he had used Xiuqing Tian as a translator to inform H.W. she should not

commit acts of prostitution. (However, Xiuqing Tian had been arrested in September 2010 and again that very day at another Spa for acts of prostitution.) Kidgell then claimed his business was hurting because other spas were offering sexual acts.

## Advertising Records

On February 14, 2013, Detective Oblinger obtained records, via subpoena, of transactions on a Craigslist account belonging to Gary Kidgell using his e-mail address of gkidgell@sbcglobal.net. The records showed extensive postings in support of the advertising for Sun Chi Spa, AG Spa, and Phoenix Massage throughout their dates of operation. Credit cards were used to purchase these advertisements over internet connections in furtherance of the prostitution occurring in the spas. From June 18, 2009 to April 11, 2010, credit cards transactions for advertisements related to Sun Chi and AG spa were in the name of Yan Zhang, but listed Gary Kidgell's account and e-mail. From April 11, 2010 to June 24, 2011, credit cards transactions for advertisements related to Sun Chi, Phoenix, and AG spa were in the name of Xiuqing Tian, but listed Gary Kidgell's account and email. From June 30, 2011 to August 4, 2011, credit card transactions for advertisements for Sun Chi and Phoenix spa were in the name of Gary Kidgell.

## CONCLUSION / SUMMARY

Based on the foregoing, Affiant believes Gary Kidgell, Yan Zhang, and Xiuqing Tian conspired to knowingly benefit, financially or by receiving anything of value, from participation in the venture described above, which involved the recruitment, enticement, harboring, obtaining, and maintaining of individuals, knowing or in reckless disregard of the fact that force,

threats or force, fraud, or coercion, or any combination thereof, would be used to cause those individuals to engage in commercial sex acts. This would be a violation of 18 U.S.C. § 1591 and 1594.

Affiant believes Gary Kidgell and Xiuqing Tian conspired to recruit, entice, harbor, obtain and maintain individuals, specifically H.W., knowing or in reckless disregard of the fact that force, threats or force, fraud, or coercion, or any combination thereof, would be used to cause H.W. to engage in a commercial sex act. This would be a violation of 18 U.S.C. § 1591 and 1594.

Affiant believes Gary Kidgell and Xiuqing Tian conspired to use H.W.'s financial card pay for her to fly from New York, NY to Wichita, KS in order to participate in prostitution. This would be a violation of 18 U.S.C. §§ 1343 (wire fraud) and 371 (conspiracy). This would also be a violation of 18 U.S.C. §§ 2421 (transportation) and 371 (conspiracy).

Affiant believes Yan Zhang recruited, enticed, harbored, obtained, and maintained individuals, specifically W.H and G.S. and G.T., knowing or in reckless disregard of the fact that force, threats or force, fraud, or coercion, or any combination thereof, would be used to cause W.H and G.S. and G.T. to engage in a commercial sex act. This would be a violation of 18 U.S.C. § 1591.

Affiant believes Gary Kidgell, Yan Zhang, and Xiuqing Tian conspired to obtain internet advertising with credit card transactions, in furtherance of the above described scheme. This would be a violation of 18 U.S.C. § § 1952 (interstate transportation in aid of racketeering) and 371 (conspiracy).

Further Affiant Sayeth Not.

_____
Sgt. D.G. Oblinger
Wichita Police Department

SUBSCRIBED and SWORN before me this 24th day of July 2013.

_____
HONORABLE KENNETH G. GALE
UNITED STATES MAGISTRATE JUDGE