# UNITED STATES DISTRICT COURT
## District of Kansas

UNITED STATES OF AMERICA,

      Plaintiff,

v.　　　　　　　　　　　　　　　　CASE NO. **13-**10129 **-01,02,03**-EFM

GARY H. KIDGELL,
YAN ZHANG, and
XIUQING TIAN,

      Defendants.

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning in June 2009 and continuing to August 2011, in the District of Kansas,

**GARY H. KIDGELL, YAN ZHANG, and XIUQING TIAN,**

the defendants, conspired to knowingly benefit, financially or by receiving anything of value, from participation in the venture which involved the recruitment, enticement, harboring, obtaining, and maintaining of individuals, knowing or in reckless disregard of the fact that force, threats or force, fraud, or coercion, or any combination thereof, would be used to cause those

individuals to engage in commercial sex acts, in violation of 18 U.S.C. § 1591 and 1594.

## COUNT 2

From around January 1, 2011, and continuing until January 27, 2011, in the District of Kansas and elsewhere,

**GARY H. KIDGELL and XIUQING TIAN,**

the defendants, knowingly recruited, enticed, harbored, obtained and maintained individuals, specifically H.W., knowing or in reckless disregard of the fact that force, threats or force, fraud, or coercion, or any combination thereof, would be used to cause H.W. to engage in a commercial sex act, in violation of 18 U.S.C. § 1591 and 2.

## COUNT 3

On or about January 13, 2011, in the District of Kansas and elsewhere,

**GARY H. KIDGELL and XIUQING TIAN,**

the defendants conspired to knowingly transport H.W. in interstate commerce with the intent that H.W. engage in prostitution, in violation of 18 U.S.C. § § 2421 and 371.

## COUNT 4

On or about September 8, 2010, in the District of Kansas,

**YAN ZHANG,**

the defendant, knowingly recruited, enticed, harbored, obtained, and maintained individuals, specifically W.H., knowing or in reckless disregard of the fact that force, threats or force, fraud, or coercion, or any combination thereof, would be used to cause W.H. to engage in a commercial

sex act, in violation of 18 U.S.C. § 1591.

## COUNT 5

On or about September 8, 2010, in the District of Kansas,

**YAN ZHANG,**

the defendant, knowingly recruited, enticed, harbored, obtained, and maintained individuals, specifically G.S., knowing or in reckless disregard of the fact that force, threats or force, fraud, or coercion, or any combination thereof, would be used to cause G.S. to engage in a commercial sex act, in violation of 18 U.S.C. § 1591.

## COUNT 6

On or about September 8, 2010, in the District of Kansas,

**YAN ZHANG,**

the defendant, knowingly recruited, enticed, harbored, obtained, and maintained individuals, specifically G.T., knowing or in reckless disregard of the fact that force, threats or force, fraud, or coercion, or any combination thereof, would be used to cause G.T. to engage in a commercial sex act, in violation of 18 U.S.C. § 1591.

**A TRUE BILL.**

 July 31, 2012  
DATE

 /s/   Foreperson  
FOREPERSON OF THE GRAND JURY

 s/Barry R. Grissom  
BARRY R. GRISSOM

United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
barry.grissom@usdoj.gov

| |
|---|
| It is requested that trial be held in **WICHITA, Kansas** |