# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                  CASE NO. **13-10129-01,02-EFM**

**GARY H. KIDGELL and**
**YAN ZHANG,**

      Defendants.

# SUPERSEDING INDICTMENT

      **THE GRAND JURY CHARGES:**

## COUNT 1

      Beginning in September 2009 and continuing to January 2010, in the District of Kansas,

      **GARY H. KIDGELL and YAN ZHANG,**

the defendants, knowingly recruited, enticed, harbored, obtained and maintained individuals, specifically X.T., knowing or in reckless disregard of the fact that force, threats or force, fraud, or coercion, or any combination thereof, would be used to cause X.T. to engage in a commercial sex act, in violation of 18 U.S.C. § 1591 and 2.

## COUNT 2

From around January 1, 2011, and continuing until January 27, 2011, in the District of Kansas and elsewhere,

**GARY H. KIDGELL,**

the defendant, knowingly recruited, enticed, harbored, obtained and maintained individuals, specifically H.W., knowing or in reckless disregard of the fact that force, threats or force, fraud, or coercion, or any combination thereof, would be used to cause H.W. to engage in a commercial sex act, in violation of 18 U.S.C. § 1591 and 2.

## COUNT 3

From around January 1, 2011, and continuing until January 27, 2011, in the District of Kansas and elsewhere,

**GARY H. KIDGELL,**

the defendant, in reckless disregard of the fact that an alien, H.W., remained in the United States in violation of law, knowingly concealed, harbored, and shielded from detection, H.W., in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT 4

On or about September 8, 2010, in the District of Kansas,

**YAN ZHANG,**

the defendant, knowingly recruited, enticed, harbored, obtained, and maintained individuals, specifically W.H., knowing or in reckless disregard of the fact that force, threats or force, fraud, or coercion, or any combination thereof, would be used to cause W.H. to engage in a commercial sex act, in violation of 18 U.S.C. § 1591.

## COUNT 5

On or about September 8, 2010, in the District of Kansas,

**YAN ZHANG,**

the defendant, knowingly recruited, enticed, harbored, obtained, and maintained individuals, specifically G.S., knowing or in reckless disregard of the fact that force, threats or force, fraud, or coercion, or any combination thereof, would be used to cause G.S. to engage in a commercial sex act, in violation of 18 U.S.C. § 1591.

## COUNT 6

On or about September 8, 2010, in the District of Kansas,

**YAN ZHANG,**

the defendant, knowingly recruited, enticed, harbored, obtained, and maintained individuals, specifically G.T., knowing or in reckless disregard of the fact that force,

threats or force, fraud, or coercion, or any combination thereof, would be used to cause G.T. to engage in a commercial sex act, in violation of 18 U.S.C. § 1591.

**A TRUE BILL.**

November 20, 2013 /s/  Foreperson
DATE FOREPERSON OF THE GRAND JURY


s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
barry.grissom@usdoj.gov

It is requested that trial be held in
**WICHITA, Kansas**