# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                     CASE NO. <u>13-10129-01-EFM</u>

**GARY H. KIDGELL,**

      Defendant.

# SUPERSEDING INFORMATION

**THE UNITED STATES CHARGES:**

<u>COUNT 1</u>

**18 U.S.C. 1503**
(Obstruction)

In January 2014 and February 2014, in the District of Kansas,

**GARY H. KIDGELL,**

the defendant, did corruptly endeavor to influence, obstruct and impede the due administration of justice in United States v. Gary Kidgell, et. al., No. 13-10129-01-EFM, in the U.S. District Court for the District of Kansas, by threatening to physically harm a law enforcement officer involved in the prosecution unless he received a specific resolution of the case, in violation of Title 18, United States Code, Section 1503.

# COUNT 2

**8 U.S.C. 1324(a)(1)(A)(iii) and (B)(i)**
**(Harboring Aliens for Commercial Advantage or Private Financial Gain)**

From around January 1, 2011, and continuing until January 27, 2011, in the District of Kansas,

**GARY H. KIDGELL,**

the defendant, in reckless disregard of the fact that an alien, H.W., remained in the United States in violation of law, knowingly concealed, harbored, and shielded from detection, H.W., and such was done for the purpose of commercial advantage or private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and (B)(i).

BARRY GRISSOM
United States Attorney

s/ Jason W. Hart
JASON W. HART
Special Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S.Ct. No. 20276
Jason.hart2@usdoj.gov